IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § No. 3:09-cr-193-N-BF |
| KELTON LEWIS, | § |
| Defendant. | § |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16 day of June, 2010.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN 16 2010 CLERK, U.S. DISTRICT COURT By ___ Deputy*